**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BOSTON MEDICAL CENTER CORPORATION, ) | |
| Plaintiff, ) | |
| v. ) | 23-cv-10029-MJJ |
| JOHN DOES 1-10, ) | |
| Defendants. ) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), Plaintiff Boston Medical Center Corporation hereby voluntarily dismisses, <u>without prejudice</u>, all claims and causes of action asserted in this action.  Plaintiff states that none of the Defendants have filed a responsive pleading or an appearance in this action.

Respectfully Submitted,

BOSTON MEDICAL CENTER CORPORATION

By its attorney,

*/s/ Seth B. Orkand*
Seth B. Orkand (BBO No. 669810)
ROBINSON & COLE LLP
One Boston Place, 25th Floor
Boston, MA 02108
(617) 557-5915
sorkand@rc.com

Dated: October 10, 2023